FILED
PREBLE COUNTY OH
02/13/2025 08:12 AM
BRIONNE REYNOLDS,CLERK OF COURTS
25CV033249

Case: 1:25-cv-00148-MRB Doc #: 2 Filed: 03/11/25 Page: 1 of 5  PAGEID #: 36

## IN THE COMMON PLEAS COURT OF PREBLE COUNTY, OHIO
### CIVIL DIVISION

| | | |
|---|---|---|
| **Bradley Turner**<br>2238 Bantas Creek<br>Eaton, Ohio 45320 | : | CASE NO: |
| | : | JUDGE: |
| Plaintiff, | : | |
| vs. | : | |
| **Dick's Sporting Goods, Inc.**<br>**DBA Field & Stream**<br>c/o statutory agent<br>Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43215 | : <br><br>: <br><br>: | |
| and | : | **COMPLAINT FOR PERSONAL INJURIES WITH JURY DEMAND ENDORSED HEREON** |
| **Good Sportsman Marketing, LLC aka GSM Outdoors aka Ameristep**<br>5250 Frye Road<br>Irving, TX 75061 | : <br><br>: | |
| and | : | |
| **Primal Vantage Company, Inc.**<br>c/o Registered Agent<br>Delphine Holding Company<br>1745 Shea Center DR FL 4th<br>Highlands Ranch, CO 80129-1537 | : <br><br>: <br><br>: | |
| and | : | |
| **Primal Brands, LLC**<br>c/o Registered Agent<br>Northwest Registered Agent LLC<br>701 South ST Ste 100<br>Mountain Home, AR 72653-4452 | : <br><br>: <br><br>: | |
| Defendants. | : | |

FILED
PREBLE COUNTY OH
02/13/2025 08:12 AM
BRIONNE REYNOLDS,CLERK OF COURTS
25CV03324

Case: 1:25-cv-00148-MRB Doc #: 2 Filed: 03/11/25 Page: 2 of 5 PAGEID #: 37

## FIRST CLAIM FOR RELIEF

1. Defendant, Good Sportsman Marketing, LLC aka GSM Outdoors aka Ameristep (hereinafter "GSM") is a corporation duly authorized to do business in the State of Ohio.

2. Defendants, Primal Vantage Company Inc. and Primal Brands, LLC (hereinafter "Primal") are corporations duly authorized to do business in the State of Ohio.

3. Defendant, Dicks Sporting Goods of Coraopolis, PA, dba Field and Stream (hereinafter "Dicks"), is a corporation dully authorized to do business in the State of Ohio.

4. Defendant, Field & Stream is a division or subsidiary of Dick's duly authorized to do business in the State of Ohio.

5. On or about 2016, Plaintiff, Bradley Turner, purchased a deer stand manufactured by Defendant GSM Outdoors or Defendants Primal at Defendant Dicks in Huber Heights, Ohio or in Miamisburg, Montgomery, County, Ohio.

6 On or about October 14, 2023, Plaintiff, Bradley Turner attempted to utilize the subject deer stand at or near 2238 Bantas Creek, in Preble County, Ohio, when it failed, causing Plaintiff to fall to the ground, as a direct and proximate result of the defective design of the sections of the deer stand, in that they were not secure, causing a section to fail during normal use.

7. Defendants, GSM, Primal, and Dicks deal in goods such as the subject deer stand and holds themselves out as having knowledge or skill peculiar to the assembly and/or sale of deer stands and are "merchants" as that term is defined in O.R.C. 1302.01.

8. Defendants, GSM, Primal, and Dicks, negligently failed to inspect its products for sale, and/or negligently sold the subject deer stand, and were "suppliers" within the meaning of the product liability statute in Ohio, and is therefore liable.

9. The deer stand manufactured by GSM and/or Primal and sold by Dicks breached express warranties and implied warranties of merchantability and fitness since the subject deer stand was not fit for the ordinary purposes for which a deer stand is used in accordance with O.R.C. 1302.26, 1302.27 and 1302.28.

10. GSM and Primal negligently failed to design and/or manufacture the subject deer stand in accordance with the instructions of the manufacturing company and/or plan.

11. As a direct and proximate result of the negligence and liability of GSM and/or Primal, and Dicks, and/or liability as a supplier under the product liability laws, Plaintiff, Bradly Turner, sustained injuries and damages as follows:

FILED
PREBLE COUNTY OH
02/13/2025 08:12 AM
BRIONNE REYNOLDS,CLERK OF COURTS
25CV033249

Case: 1:25-cv-00148-MRB Doc #: 2 Filed: 03/11/25 Page: 3 of 5 PAGEID #: 38

a. Severe injuries, including a calcaneal fracture;

b. Great pain and suffering both physical and emotional, and loss of ability to perform usual functions and will cause her further pain and suffering and loss of ability to perform usual functions in the future;

c. Reasonable and necessary medical expenses in an amount in excess of $1,219,629.91 as well as further medical expenses to be incurred in the future;

d. Lost wages in excess of $63,674.40

**WHEREFORE,** Plaintiff, Bradley Turner, pursuant to Ohio Revised Code § 2309.01 and § 1302.89 demands judgment against Defendants, Good Sportsman Marketing, LLC aka GSM Outdoors aka Ameristep, Primal Vantage Company, Inc, and Primal Brands, LLC, and Dick's Sporting Goods, Inc., dba Field and Stream, in an amount in excess of $25,000.00 plus interest and the cost of this action.

## SECOND CLAIM FOR RELIEF

12. Plaintiff reincorporates the allegations set forth in First Claim of Relief.

13. Defendants, GSM Outdoors, Primal Vantage Company, Inc aka Primal Brands, LLC, and Dicks Sporting Goods of Coraopolis, PA, dba Field and Stream, is the manufacturer and/or supplier of the subject deer stand and knew of the existence of a dangerous process, procedure, instrumentality or condition and failed to adequately guard, design a safe product or warn of inherent dangers created by design.

14. The subject deer stand was defective and unreasonably dangerous when placed into the stream of commerce by Defendants, by reason of the following product defects:

1. Manufacturing Defect

The subject deer stand was defective in manufacture and construction as defined in Ohio Revised Code § 2307.74; including but not limited to, having two different metals for the clamp that pinched the cable, predictably causing corrosion and failure of the strands to serve the intended purpose of support;

2. Design Defect

The subject deer stand was defectively designed as it defined in Ohio Revised Code § 2307.76 in that: the product failed to serve the intended purpose, including but not limited to, using different metals in which the chemical compound created a basic corrosion issue, and given the failure to design the product to avoid moisture, as depicted as follows:

FILED
PREBLE COUNTY OH
02/13/2025 08:12 AM
BRIONNE REYNOLDS,CLERK OF COURTS
25CV033249



3. <u>Consumer Expectation Standard</u>

The product failed to perform as safely as an ordinary consumer of the product would expect when used in an intended or reasonably foreseeable manner in accordance with Ohio Revised Code § 2307.77; and

4. <u>Risk Benefit Standard</u>

The risks of danger inherent in the design as a whole, if any, far outweigh the benefit of the design in accordance with Ohio Revised Code § 2307.75;

5. <u>Warning Defect</u>

The subject deer stand was defective due to inadequate warnings as they are defined in Ohio Revised Code § 2307.76, in that Defendants, GSM, Primal and Dicks failed to provide adequate warning or instruction that a manufacturer or seller exercising reasonable care would have provided concerning the risk of injury and likely seriousness of harm for use of the defective product.

15. As a proximate result of the defective nature of the subject deer stand designed, manufactured and otherwise introduced into the stream of commerce by Defendants, as a manufacturer, distributor, or supplier, Plaintiff, Bradley Turner, suffered serious injuries and is entitled to compensatory damages as described in the First Claim for Relief.

16. The conduct of Defendants, GSM, Primal, and Dicks, in designing, manufacturing and supplying the subject deer stand, used by Plaintiff, Bradley Turner, on October 14, 2023, constitutes misconduct by the manufacturer or supplier that manifested a flagrant disregard for the safety of the persons who would probably be harmed by the product in question, and said conduct was reckless, willful and wanton, such that an award of punitive damages against Defendants, pursuant to Ohio Revised Code § 3207.80 is proper in this case.

FILED
PREBLE COUNTY OH
02/13/2025 08:12 AM
BRIONNE REYNOLDS CLERK OF COURTS
25CV033249

**WHEREFORE**, Plaintiff, Bradley Turner, pursuant to Ohio Revised Code § 2309.01 demands judgment against Defendants, for compensatory damages in an amount in excess of $25,000.00, and punitive damages in excess of $25,000, attorney fees, costs and any other relief deemed reasonable by the Court.

Respectfully submitted,

John A. Smalley (0029540)
Kenneth J. Ignozzi (0055431)
Attorneys for Plaintiff
Dyer, Garofalo, Mann, & Schultz
131 N. Ludlow Street, Suite 1400
Dayton, OH 45402
Tel: (937) 223-8888; Fax: (937) 824-8630
Email: jsmalley@dgmslaw.com
kignozzi@dgmslaw.com

## JURY DEMAND

Now come Plaintiffs by and through counsel, and hereby demands a trial by jury on all issues of this matter.

Respectfully submitted,

John A. Smalley (0029540)
Kenneth J. Ignozzi (0055431)
Attorneys for Plaintiff
Dyer, Garofalo, Mann, & Schultz
131 N. Ludlow Street, Suite 1400
Dayton, OH 45402
Tel: (937) 223-8888; Fax: (937) 824-8630
Email: jsmalley@dgmslaw.com
kignozzi@dgmslaw.com